United States District Court
Middle District of Florida
Jacksonville Division

JAMES FISHER,

     **Plaintiff,**

**v.**                                                     **NO. 3:22-cv-346-MMH-LLL**

IN THE INTEREST OF SIMON C.
TULLY,

     **Defendant.**

---

### Report and Recommendation for Dismissal Without Prejudice[1]

     This cause is before the Court sua sponte. Plaintiff initiated this action on March 25, 2022, by filing a complaint, doc. 1. On the same date, plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), doc. 2, which the Court construed as a motion to proceed in forma pauperis. Order, doc. 3 at 1. Upon review of the file, I recommend the case be dismissed for failure to prosecute.

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Order (Doc. No. 3), No. 8:20-mc-100-SDM, entered October 29, 2020, at 6.

On May 16, 2022, the Court entered an order, doc. 3, taking plaintiff's motion, doc. 2, under advisement. The Court observed plaintiff's complaint was likely subject to dismissal due to lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, and directed him to either file an amended complaint, or in the alternative, pay the filing fee no later than June 13, 2022. Doc. 3 at 1, 6. Plaintiff failed to do so. On June 16, 2022, the Court entered an order to show cause, doc. 4, directing plaintiff to either file an amended complaint; pay the filing fee; or show cause in writing as to why the Court should not recommend dismissal of his case no later than July 7, 2022. *Id*. at 1-2. Plaintiff was warned that a failure to comply by July 7, 2022, would likely result in a recommendation that his motion to proceed in forma pauperis be denied and the case be dismissed without further notice. *Id*. at 2. On July 5, 2022, plaintiff requested an additional 90 days to respond to the Court's order to show cause, doc. 5. The Court granted plaintiff's request in part, directing him to file his amended complaint or otherwise respond to the Court's show cause order no later than August 8, 2022. Order, doc. 6. To date, plaintiff has not done so.

I respectfully **recommend**:

1.      this case be **dismissed without prejudice** for failure to prosecute

    pursuant to Rule 3.10, Local Rules, United States District Court,

    Middle District of Florida; and

2.      the **Clerk** be directed to terminate all pending motions and close the file.

**Entered** in Jacksonville, Florida, on August 15, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Honorable Marcia Morales Howard, United States District Judge
James Fisher, pro se
    P.O. Box 1942
    Jacksonville, Florida 32201

3